404

592 A.2d 683

COMMONWEALTH of Pennsylvania, Appellant,

v.

Thomas J. MARTIN, Appellee.

Supreme Court of Pennsylvania.

Submitted April 11, 1991.

Decided July 12, 1991.

Jacqueline L. Russell, Asst. Dist. Atty., for appellant.

John E. Jones, Asst. Public Defender, for appellee.

Before LARSEN, FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

PER CURIAM.

And now, to wit, this 12th day of July, 1991, the decision of the Superior Court 395 Pa.Super. 244, 577 A.2d 200 is hereby AFFIRMED.

McDERMOTT, J., dissents.

NIX, C.J., did not participate in the consideration or decision of this case.